IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Benjamin F | Case Number: 07 B 10599 |
|---|---|---|
| | Smith, Lena B | Judge: Hollis, Pamela S |
| | Printed: 1/29/08 | Filed: 6/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 22, 2008
Confirmed: September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,970.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,863.62 |
| Trustee Fee: |  | 106.38 |
| Other Funds: |  | 0.00 |
| Totals: | 1,970.00 | 1,970.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,900.00 | 1,863.62 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 4. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 8,760.90 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 1,071.36 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 135.41 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 123.28 | 0.00 |
| 9. | AT&T Wireless | Unsecured | 444.39 | 0.00 |
| 10. | RJM Acquisitions LLC | Unsecured | 64.16 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 282.12 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 340.60 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 109.74 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 424.72 | 0.00 |
| 15. | Wells Fargo Financial Illinois Inc | Unsecured | 7,962.06 | 0.00 |
| 16. | Aspire Visa | Unsecured | 361.06 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 913.13 | 0.00 |
| 18. | Peoples Energy Corp | Unsecured | 252.79 | 0.00 |
| 19. | Money Recovery | Unsecured | 34.72 | 0.00 |
| 20. | Holy Cross Hospital | Unsecured | 3,922.06 | 0.00 |
| 21. | Blair | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | AT&T | Unsecured |  | No Claim Filed |
| 24. | Cbe Group | Unsecured |  | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Benjamin F | Case Number: 07 B 10599 |
| | Smith, Lena B | Judge: Hollis, Pamela S |
| | Printed: 1/29/08 | Filed: 6/13/07 |

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | City Of Chicago | Unsecured | | No Claim Filed |
| 27. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 28. | Cache Inc | Unsecured | | No Claim Filed |
| 29. | Collection Company Of America | Unsecured | | No Claim Filed |
| 30. | Consolidated Public Services | Unsecured | | No Claim Filed |
| 31. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 32. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 33. | Fingerhut | Unsecured | | No Claim Filed |
| 34. | Government Employees Insurance | Unsecured | | No Claim Filed |
| 35. | Government Employees Insurance | Unsecured | | No Claim Filed |
| 36. | Dinesh J Patel DDS PC | Unsecured | | No Claim Filed |
| 37. | GC Services | Unsecured | | No Claim Filed |
| 38. | Government Employees Insurance | Unsecured | | No Claim Filed |
| 39. | Government Employees Insurance | Unsecured | | No Claim Filed |
| 40. | IC System Inc | Unsecured | | No Claim Filed |
| 41. | James Madison High School | Unsecured | | No Claim Filed |
| 42. | Marquette Radiology Associates | Unsecured | | No Claim Filed |
| 43. | KCA Financial Services | Unsecured | | No Claim Filed |
| 44. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 45. | Medical Payment Data | Unsecured | | No Claim Filed |
| 46. | Medical Collections | Unsecured | | No Claim Filed |
| 47. | Uic-Physicians Group | Unsecured | | No Claim Filed |
| 48. | Medical Collections | Unsecured | | No Claim Filed |
| 49. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 50. | National Asset Recovery | Unsecured | | No Claim Filed |
| 51. | Orizon Pathology Foundation | Unsecured | | No Claim Filed |
| 52. | Medical Collections | Unsecured | | No Claim Filed |
| 53. | Red Fitness | Unsecured | | No Claim Filed |
| 54. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 55. | University of Illinois | Unsecured | | No Claim Filed |
| 56. | University of Illinois | Unsecured | | No Claim Filed |
| 57. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 58. | Truelogic Financial Corp | Unsecured | | No Claim Filed |
| 59. | University of Illinois | Unsecured | | No Claim Filed |
| 60. | Midnight Velvet | Unsecured | | No Claim Filed |
| 61. | University of Illinois | Unsecured | | No Claim Filed |
| 62. | University of Illinois | Unsecured | | No Claim Filed |
| 63. | Wfnnb/Lane Bryant | Unsecured | | No Claim Filed |
| 64. | Silkies | Unsecured | | No Claim Filed |
| 65. | Wfnnb/Lerner | Unsecured | | No Claim Filed |
| 66. | AT&T | Unsecured | | No Claim Filed |
| 67. | Government Employees Insurance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,102.50 | $ 1,863.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 106.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Benjamin F<br>Smith, Lena B<br>Printed: 1/29/08 | Case Number: 07 B 10599<br>Judge: Hollis, Pamela S<br>Filed: 6/13/07 |

_____
$ 106.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

